## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE:

    Eric Reames                                     Case # 16-57547

    Jennifer Reames                          Chapter 13

            Debtors                              Judge Hoffman

### NOTICE OF CHANGE OF ADDRESS

Now comes Eric Reames, by and through counsel, and hereby notifies the Court of his new address. The Debtor's mailing address is as follows:

        Eric Reames
        428 Kent Drive, Apt. 9
        Bellefontaine, Ohio 43311

        /s/ Amy E. Gullifer
        Amy E. Gullifer # 0074218
        Attorney for Debtor
        302 S. Main Street
        Marysville, OH 43040
        937-644-9125 (telephone no.)
        937-644-0754 (fax no.)
        bkadmin@cfbjs.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Change of Address was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on November 16, 2017 addressed to:

Eric Reames
428 Kent Drive, Apt. 9
Bellefontaine, Ohio 43311

Jennifer Reames
130 Bridgewater Drive
Marysville, OH 43040

        /s/ Amy E. Gullifer
        Amy E. Gullifer